# Court of Appeals
# of the State of Georgia

ATLANTA, September 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2440. SONIA WILLIAMS v. FULTON COUNTY BOARD of EDUCATION.**

Sonia Williams filed this direct appeal seeking review of the trial court's order affirming the decision of the State Board of Education. We lack jurisdiction.

An appeal from a decision of the superior court reviewing a decision of a local administrative agency must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (1). Because Williams failed to follow the discretionary appeal procedure as required, this application is ordered DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*